# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Robert Half Management Resources | 11/30/2022 | Wire | $ 12,465.00 |
| Akorn Operating Company, LLC | Robert Half Management Resources | 12/23/2022 | Wire | $ 12,013.50 |
| Akorn Operating Company, LLC | Robert Half Management Resources | 1/20/2023 | Wire | $ 14,400.00 |
| | | | | $ 38,878.50 |